

Receipt # 189069
Instr # 4512
Cherri L Crockett Register of Deeds    OXFORD COUNTY

Bk 5517   PG 369
04/22/2020 08:31:50 AM
Pages 1
ASSIGNMENT

## QUITCLAIM ASSIGNMENT

WHEREAS, **REGENCY MORTGAGE CORPORATION NOW KNOWN AS LENDUS, LLC, WHOSE ADDRESS IS, 26 LONDONDERRY TURNPIKE, HOOKSETT, NH 03106, ASSIGNOR,** is identified as the "Lender" on a certain mortgage executed by **SHAUNA LANE**, and bearing the date of 07/25/2014, and recorded on 08/05/2014 in the Office of the Recorder of OXFORD County, State of Maine in Book 5145 and Page 152 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of REGENCY MORTGAGE CORPORATION NOW KNOWN AS LENDUS, LLC and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, **REGENCY MORTGAGE CORPORATION NOW KNOWN AS LENDUS, LLC** wishes to convey and assign any and all rights it may have under the Mortgage to **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE);** and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, **REGENCY MORTGAGE CORPORATION NOW KNOWN AS LENDUS, LLC** hereby assigns and quit claims to **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)** all of its rights, title, and interests (whatever they may be, if any) in the Mortgage.

IN WITNESS WHEREOF, this assignment was executed on __1__/__21__/__2020__ (MM/DD/YYYY).
REGENCY MORTGAGE CORPORATION NOW KNOWN AS LENDUS, LLC

By: _____
Scott Kennison
Assistant Secretary

STATE OF NEW HAMPSHIRE   COUNTY OF MERRIMACK
This instrument was acknowledged before me on __1__/__21__/__2020__ (MM/DD/YYYY) by Scott Kennison as Asst. Sec of REGENCY MORTGAGE CORPORATION NOW KNOWN AS LENDUS, LLC. He/she/they is (are) personally known to me.

Vicki Matthews
Notary Public - State of ~~NEW HAMPSHIRE~~ Ohio
Commission expires: June 15, 2020

VICKI MATTHEWS
Notary Public, State of Ohio
My Comm. Expires June 15, 2020

Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Nationstar Mortgage LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683

State of Maine    DATE 1/13/2023
Oxford, ss.

I HEREBY ATTEST THAT THIS IS A TRUE COPY OF RECORD.

BOOK 5517 PAGE 369

Cherri L Crockett
Register of Deeds, Oxford County

**EXHIBIT E**